No. 98–5185. PORTNOY *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 98–5186. SHINGLER *v.* UNITED STATES (two judgments). C. A. 4th Cir. Certiorari denied.

No. 98–5187. PETERS *v.* LEMASTER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–5188. LATTAKER *v.* LATTAKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5189. LEWIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–5190. KELLY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5192. KIMBROUGH *v.* SUPERIOR COURT OF CALIFORNIA, KERN COUNTY. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–5193. MOORE *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5194. KIMBERLIN *v.* DEPARTMENT OF JUSTICE. C. A. D. C. Cir. Certiorari denied.

No. 98–5195. MILLER *v.* MARR, SUPERINTENDENT, ARKANSAS VALLEY CORRECTIONAL FACILITY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–5196. KEYS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5198. WARNER *v.* KEYSTONE JUNIOR COLLEGE ET AL. Commw. Ct. Pa. Certiorari denied.

No. 98–5199. WILSON *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 98–5200. CAPERS *v.* TCI OF NORTHERN NEW JERSEY, INC. C. A. 3d Cir. Certiorari denied.